No. 82–1456. AMERICAN GERI-CARE INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied.

No. 82–1462. HERBST *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 82–1469. LOCASCIO ET AL. *v.* TELETYPE CORP. C. A. 7th Cir. Certiorari denied.

No. 82–1470. POWERS *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 82–1478. WALSH ET AL. *v.* PRINCE GEORGE DEPARTMENT OF SOCIAL SERVICES. Sup. Ct. Va. Certiorari denied.

No. 82–1480. KLINE *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 82–1483. ANDRE *v.* MERRILL LYNCH READY ASSETS TRUST ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–1484. CORDIS CORP. *v.* CARDIAC PACEMAKERS, INC. C. A. 8th Cir. Certiorari denied.

No. 82–1487. HERZOG, RECEIVER OF D. H. OVERMYER CO., INC. (OHIO), ET AL. *v.* FIRST NATIONAL BANK OF BOSTON. C. A. 1st Cir. Certiorari denied.

No. 82–1514. MILLER *v.* UNITED STATES; and
No. 82–6451. WALTERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: No. 82–1514, 708 F. 2d 729; No. 82–6451, 708 F. 2d 730.

No. 82–1529. WINDWARD PARTNERS ET AL. *v.* ARIYOSHI ET AL. C. A. 9th Cir. Certiorari denied.